**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

United States of America,                                    Case No.  3:12cv395

      Plaintiff

      v.                                                           **ORDER**

$4,591.50 in U.S. Currency, et al.,

      Defendant


Status conference held March 24, 2014, regardign parties' joint motion for sixth extension of deadline to fie claim and answer regarding forfeiture..

It is hereby

ORDERED THAT:

1.     Final extension granted until July 1, 2014; and

2.     If other related matters not resolved prior to July 1, 2014, claim and answer shall be filed, without waiver of or prejudice to any claims of privilege or other rights, and thereafter remain under seal pending further notice, hearing, and order; and

3.     If claim and answer filed as directed herein, further proceedings thereon will be stayed pending request by either party to proceed to adjudication; and

4.     Status reports to be filed quarterly beginning October 1, 2014.

.

So ordered.

                               s/ James G.Carr
                               Sr. U.S. District Judge